# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  HAROLD HIGGENBOTHAM, JR.                          Case Number: 07-71629
791 PARK-ER-WOODS DRIVE          SSN-xxx-xx-5747
ROCKFORD, IL  61102

Case filed on:              7/9/2007
Plan Confirmed on:      9/28/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $10,844.68          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY PHILIP H HART | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| 010 | CHASE CARDMEMBER SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CITI BANK (SOUTH DAKOTA), N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CITI CARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CITI FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | HSBC NV | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | PAR-A-DICE CASINO | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | PAR-A-DICE CASINO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| 999 | HAROLD HIGGENBOTHAM, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| 002 | ASSOCIATED BANK | 933.12 | 933.12 | 933.12 | 0.00 |
| 003 | ASSOCIATED BANK | 4,677.03 | 4,677.03 | 1,752.72 | 289.19 |
| 004 | WINNEBAGO COUNTY TREASURER | 4,781.72 | 4,781.72 | 2,094.13 | 478.20 |
| 022 | ASSOCIATED BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Secured | 10,391.87 | 10,391.87 | 4,779.97 | 767.39 |
| | | | | | |
| 001 | ASSOCIATED BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 10,781.54 | 4,851.69 | 540.12 | 0.00 |
| 006 | B-REAL LLC | 9,194.42 | 4,137.49 | 460.61 | 0.00 |
| 007 | B-REAL LLC | 4,226.04 | 1,901.72 | 211.72 | 0.00 |
| 008 | B-REAL LLC | 18,862.32 | 8,488.04 | 944.94 | 0.00 |
| 009 | CERTEGY PAYMENT RECOVERY SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | LVNV FUNDING LLC | 4,780.14 | 2,151.06 | 239.47 | 0.00 |
| 015 | CITIFINANCIAL | 8,325.32 | 3,746.39 | 417.07 | 0.00 |
| 016 | DISCOVER FINANCIAL SERVICES | 12,713.70 | 5,721.16 | 636.92 | 0.00 |
| 020 | PAR-A-DICE GAMING CORP d/b/a | 10,000.00 | 4,500.00 | 500.96 | 0.00 |
| 021 | ECAST SETTLEMENT CORPORATION | 11,670.54 | 5,251.74 | 584.65 | 0.00 |
| | Total Unsecured | 90,554.02 | 40,749.29 | 4,536.46 | 0.00 |
| | | | | | |
| | Grand Total: | 100,945.89 | 51,141.16 | 9,316.43 | 767.39 |

Total Paid Claimant:        $10,083.82
Trustee Allowance:          $760.86
Percent Paid Unsecured:      11.13

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008              By  _/s/Heather M. Fagan_